HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
mia_crager@fd.org

Attorney for Defendant
ROBERT THOMAS HONEYCUTT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00120-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Date: November 17, 2017 |
| ROBERT THOMAS HONEYCUTT, | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

Plaintiff, United States of America, by and through Special Assistant United States Attorney ROBERT ARTUZ, and Defendant ROBERT THOMAS HONEYCUTT, through his attorney MIA CRAGER of the Office of the Federal Defender, hereby stipulate to continue the status conference from November 17, 2017 to January 12, 2018 at 9:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review the recently-disclosed discovery with the defendant and continue to conduct an investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including January 12, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

/ / /

/ / /

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: November 15, 2017
HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
ROBERT THOMAS HONEYCUTT

Dated: November 15, 2017
PHILLIP A. TALBERT
United States Attorney

/s/ Robert Artuz
ROBERT ARTUZ
Special Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 12, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 17, 2017 status conference shall be continued until January 12, 2018, at 9:00 a.m.

Dated: November 16, 2017

_____
GARLAND E. BURRELL, JR.